Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:11-cv-04591-MMC |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| v. | |
| JORGE ALBERTO HUEZO, et al. | |
| Defendants. | |

TO THE HONORABLE MAXINE M. CHESNEY, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Friday, January 27, 2012 at 10:30 am. As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Jorge Alberto Huezo and Vilma Arely Huezo, individually and d/b/a Los Gallitos Restaurant. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1      Plaintiff recently identified an alternative address that it believes will be successful to serve

2   its initiating suit papers, upon the Defendants.

3      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

4   Management Conference, presently scheduled for Friday, January 27, 2012 at 10:30 am and permit an

5   additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons

6   and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative,

7   a Notice of Voluntary Dismissal as to Defendants.

8

9

10                                Respectfully submitted,

11

12

13

14   Dated: January 13, 2012             */s/ Thomas P. Riley*

                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**

15                                          By: Thomas P. Riley

16                                          Attorneys for Plaintiff

                                          J & J Sports Productions, Inc.

17

18   ///

19   ///

     ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

## ORDER (~~Proposed~~)

2

4591

3      It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-~~05443-~~

Jorge Alberto Huezo

4   ~~PSG~~ styled *J & J Sports Productions, Inc. v. ~~Josefina Trujillo, et al~~*., is hereby continued from 10:30

5   am, Friday, January 27, 2012 to _____April 6, 2012_____.

6          Plaintiff is granted an additional ~~Thirty (30) to~~ Forty-Five (45) days from today's date to

7   effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service

8   by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Jorge Alberto

9   Huezo and Vilma Arely Huezo, individually and d/b/a Los Gallitos Restaurant, where service has not

10  been made or service by publication requested.

11          Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

12  Service of this Order with the Clerk of the Court.

13

14

15  **IT IS SO ORDERED**:

16

17

18  _____        Dated:_____January 18, 2012_____

19  **THE HONORABLE MAXINE M. CHESNEY**
    **United States District Court**
20  **Northern District of California**

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-04591-MMC**