1   **Thomas P. Riley, SBN 194706**
    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2   **First Library Square**
    **1114 Fremont Avenue**
3   **South Pasadena, CA 91030-3227**

4   **Tel:  626-799-9797**
    **Fax: 626-799-9795**
5   **TPRLAW@att.net**

6   **Attorneys for Plaintiff**
7   **J & J Sports Productions, Inc.**

8                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN JOSE DIVISION**

10
    **J & J SPORTS PRODUCTIONS, INC.,**    | **CASE NO. 3:11-cv-04591-MMC**
11
12              **Plaintiff,**              | **PLAINTIFF'S *EX PARTE***
                                            | **APPLICATION FOR AN ORDER**
13                **v.**                    | **CONTINUING CASE MANAGEMENT**
                                            | **CONFERENCE AND EXTENDING**
14  **JORGE ALBERTO HUEZO, et al.**        | **TIME TO COMPLETE SERVICE; AND**
                                            | **ORDER (Proposed)**
15             **Defendants.**
16

17          TO  THE  HONORABLE  MAXINE  M.  CHESNEY,  THE  PARTIES  AND  THEIR

18  ATTORNEY/S OF RECORD:

19          Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case

20  Management Conference presently set for Friday, January 27, 2012 at 10:30 am.  As set forth below

21  Plaintiff respectfully requests that the Court continue the Case Management Conference and extend the

22  time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

23          The request for the brief continuance is necessitated by the fact that Plaintiff has not yet

24  perfected service of the initiating suit papers upon the Defendants Jorge Alberto Huezo and Vilma

25  Arely Huezo, individually and d/b/a Los Gallitos Restaurant.  As a result, Plaintiff's counsel has not

26  conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other

27  pertinent issues involving the case itself or the preparation of a Case Management Conference

28  Statement.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-04591-MMC**

1    Plaintiff recently identified an alternative address that it believes will be successful to serve

2  its initiating suit papers, upon the Defendants.

3    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

4  Management Conference, presently scheduled for Friday, January 27, 2012 at 10:30 am and permit an

5  additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons

6  and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative,

7  a Notice of Voluntary Dismissal as to Defendants.

8

9

10                                        Respectfully submitted,

11

12

13

   Dated: January 13, 2012            */s/ Thomas P. Riley*_____
14                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
15                                     By: Thomas P. Riley
                                       Attorneys for Plaintiff
16                                     J & J Sports Productions, Inc.

17
   ///
18
   ///
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-04591-MMC**

**ORDER** (~~Proposed~~)

      It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-~~05443~~-
4591
~~PSG~~ Jorge Alberto Huezo styled *J & J Sports Productions, Inc. v.* ~~Josefina Trujillo, et al~~., is hereby continued from 10:30
am, Friday, January 27, 2012 to _____April 6, 2012_____.

        Plaintiff is granted an additional ~~Thirty (30) to~~ Forty-Five (45) days from today's date to
effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service
by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Jorge Alberto
Huezo and Vilma Arely Huezo, individually and d/b/a Los Gallitos Restaurant, where service has not
been made or service by publication requested.

        Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of
Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


_____     Dated:_____January 18, 2012_____
**THE HONORABLE MAXINE M. CHESNEY**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:11-cv-04591-MMC