Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JORGE ALBERTO HUEZO, et al. <br><br> Defendants. | CASE NO.  3:11-cv-04591-MMC <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (~~Proposed~~) |

TO THE HONORABLE MAXINE M. CHESNEY, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Jorge Alberto Huezo and Vilma Arely Huezo, individually and d/b/a Los Gallitos Restaurant.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1.   On September 16, 2011, Plaintiff's Complaint was filed against Defendants Jorge Alberto Huezo  and Vilma Arely Huezo, individually and d/b/a Harley's.

2.   Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendants, Jorge Alberto Huezo  and Vilma Arely Huezo, individually and d/b/a Harley's, despite diligent efforts to do so.  Please see Plaintiff's Exhibit 1.

///

3. Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Case Management Conference presently set for April 6, 2012 at 10:30 AM. As set forth below, Plaintiff respectfully requests this Honorable Court continue the Case Management Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for April 6, 2012 at 10:30 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated: March 2, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING STATUS CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-04591-MMC**

# ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-04591-MMC styled *J & J Sports Productions, Inc. v. Jorge Alberto Huezo , et al*., is hereby continued from 10:30 AM, April 6, 2012 to _____10:30 AM, May 11, 2012_____.

Plaintiff is granted an additional thirty (30) days ~~to forty-five (45) days~~ from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Jorge Alberto Huezo and Vilma Arely Huezo, individually and d/b/a Los Gallitos Restaurant, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____[signature: Maxine M. Chesney]_____     Dated:____March 7, 2012_____
**THE HONORABLE MAXINE M. CHESNEY**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING STATUS CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-04591-MMC**