**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   J & J SPORTS PRODUCTIONS, INC.,          No. C 11-4591 MMC

12              Plaintiff,                     **ORDER VACATING CASE
                                               MANAGEMENT CONFERENCE;**
13        v.                                   **SETTING DEADLINE TO FILE MOTION
                                               FOR DEFAULT JUDGMENT**
14   JORGE ALBERTO HUEZO, et al.,

15              Defendants.
     /

16

17        In light of the Clerk's entry of default as to defendants Jorge Alberto Huezo and

18   Vilma Arely Huezo, the Case Management Conference, previously scheduled for May 11,

19   2012, is hereby VACATED.

20        Further, plaintiff is hereby DIRECTED to file, no later than June 1, 2012, a motion for

21   default judgment or, alternatively, a statement indicating why it should not be required to do

22   so.

23        **IT IS SO ORDERED.**

24

25   Dated:  May 4, 2012

26                                             MAXINE M. CHESNEY
                                               United States District Judge

27

28