IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-4591 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| JORGE ALBERTO HUEZO, et al., | |
| Defendants. | |

In light of the Clerk's entry of default as to defendants Jorge Alberto Huezo and Vilma Arely Huezo, the Case Management Conference, previously scheduled for May 11, 2012, is hereby VACATED.

Further, plaintiff is hereby DIRECTED to file, no later than June 1, 2012, a motion for default judgment or, alternatively, a statement indicating why it should not be required to do so.

**IT IS SO ORDERED.**

Dated: May 4, 2012

MAXINE M. CHESNEY
United States District Judge