**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   J & J SPORTS PRODUCTIONS, INC.,          No. C 11-4591 MMC

12                  Plaintiff,                 **ORDER RE: LETTER RECEIVED FROM**
                                               **DEFENDANT JORGE ALBERTO HUEZO**
13       v.

14   JORGE ALBERTO HUEZO, et al.,

15                  Defendants.
     _____

16

17          The Court is in receipt of a letter from defendant Jorge Alberto Huezo ("Huezo"),

18   dated May 13, 2012, to which Huezo has attached copies of various documents.  Because

19   the attachments contain information subject to "Privacy Protection," <u>see</u> Fed. R. Civ. P. 5.2,

20   it is hereby ORDERED that 3 pages thereof, titled respectively "Your [I]nstallment

21   [A]greement Monthly [P]ayment [D]ue: $100," "Earnings Withholding Order for Taxes," and

22   "Personal Income Tax Earnings Withholding Order for Taxes," be FILED UNDER SEAL

23   and redacted copies thereof be filed in the public record.

24          **IT IS SO ORDERED.**

25

26   Dated:  May 25, 2012                      _____
                                               MAXINE M. CHESNEY
27                                             United States District Judge

28