**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  J & J SPORTS PRODUCTIONS, INC.,          No. C 11-4591 MMC

12               Plaintiff,                   **ORDER RE: LETTER RECEIVED FROM
                                              DEFENDANT JORGE ALBERTO HUEZO**
13      v.

14  JORGE ALBERTO HUEZO, et al.,

15               Defendants.
    _____/
16

17          The Court is in receipt of a letter from defendant Jorge Alberto Huezo ("Huezo"),

18  dated May 13, 2012, to which Huezo has attached copies of various documents.  Because

19  the attachments contain information subject to "Privacy Protection," see Fed. R. Civ. P. 5.2,

20  it is hereby ORDERED that 3 pages thereof, titled respectively "Your [I]nstallment

21  [A]greement Monthly [P]ayment [D]ue: $100," "Earnings Withholding Order for Taxes," and

22  "Personal Income Tax Earnings Withholding Order for Taxes," be FILED UNDER SEAL

23  and redacted copies thereof be filed in the public record.

24          **IT IS SO ORDERED.**

25

26  Dated:  May 25, 2012                      _____
                                              MAXINE M. CHESNEY
27                                            United States District Judge

28