IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-4591 MMC |
| Plaintiff, | **SECOND ORDER RE: LETTER RECEIVED FROM DEFENDANT JORGE ALBERTO HUEZO** |
| v. | |
| JORGE ALBERTO HUEZO, et al., | |
| Defendants. | |

As directed by the Court's order of May 25, 2012, defendant Jorge Alberto Huezo's letter, dated May 13, 2012, was filed May 25, 2012. Subsequent thereto, plaintiff J & J Sports Productions, Inc. filed a motion for default judgment.

Defendants Jorge Alberto Huezo and Vilma Arely Huezo are hereby advised that although the above-reference letter has been filed, the Court does not act on letters, and that the default entered against them on May 1, 2012 is still in place. Defendants are hereby further advised that any opposition to plaintiff J&J Sports Productions, Inc.'s motion for default judgment must be filed no later than June 15, 2012.

**IT IS SO ORDERED.**

Dated: June 5, 2012

_____
MAXINE M. CHESNEY
United States District Judge